# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

JUSTIN CORDEL BRYE,

    Plaintiff,

v.                          CASE NO. 3:18cv2251-MCR-EMT

ESCAMBIA COUNTY JAIL,

    Defendant.
_____/

# O R D E R

This cause comes on for consideration upon the Chief Magistrate Judge's Report and Recommendation dated October 11, 2019. ECF No. 25. Plaintiff has been furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The Chief Magistrate Judge's Report and Recommendation (ECF No. 25) is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

3. The clerk must enter judgment accordingly and close this case.

**DONE AND ORDERED** this 10th day of December 2019.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**